**170**

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pedro De Los Santos appeals the district court's order dismissing his complaint as time-barred. We have reviewed the record and find no reversible error. Accordingly, we deny De Los Santos' motion for the appointment of counsel and affirm for the reasons stated by the district court. *Santos v. Newport News Police Dep't,* No. 1:06–cv–00367–LMB–BR (E.D. Va. filed Aug. 22, 2006; entered Aug. 24, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eddie Ingram appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record, considered the Supreme Court's recent decision in *Jones v. Bock,* —— U.S. ——, 127 S.Ct. 910, 166 L.Ed.2d 798 (2007), and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ingram v. Griffin,* No. CA–05–622–2 (E.D.Va. Oct. 21, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**Eddie INGRAM, Plaintiff–Appellant,**

**v.**

**Sergeant GRIFFIN, Shift Commander; Correctional Officer Kepler, Defendants–Appellees.**

**No. 05–7779.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 14, 2007.

Decided: March 2, 2007.

Eddie Ingram, Appellant Pro Se.

**James Devon POWELL, Plaintiff–Appellant,**

**v.**

**UNITED STATES of America, Defendant–Appellee.**

**No. 06–6832.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 7, 2007.

Decided: March 2, 2007.